UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| JASON ANDERSEN,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN COLVIN, Commissioner,<br>Social Security Administration<br><br>    Defendant. | Case No.: 3:15-CV-00664-PA<br><br>ORDER AWARDING ATTORNEY<br>FEES PER 28 USC 2412(d)<br>(SUPPLEMENTAL) |

It is hereby ORDERED that, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, an attorney fee in the amount of $1,552.77 is awarded to Plaintiff. It is ordered that the attorney fee will be paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). If Plaintiff has no such debt, then the check shall be made payable to Plaintiff's attorney, George J. Wall, and mailed to Plaintiff's attorney's mailing address at: 1336 E. Burnside St., Suite 130, Portland OR 97214. If Plaintiff has such debt, then

Page 3 – PETITION FOR EAJA FEES

the check for any remaining funds after offset of the debt shall be made payable to Plaintiff's attorney and mailed to Plaintiff's attorney's mailing address stated above.

IT IS SO ORDERED this __1st__ day of __FEBRUARY__, 2017.

_____
UNITED STATES DISTRICT JUDGE

Proposed Order submitted:          Date:   January 24, 2017

_____
George J. Wall, OSB #93451
gwall@eastpdxlaw.com
Phone No.: 503-236-0068
Fax No.: 503-236-0028
Attorney for Plaintiff, Jason Andersen

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Plaintiff's PETITION FOR APPROVAL OF FEES PER EAJA and PROPOSED ORDER were filed with the Clerk of the Court on January 24, 2016, using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Justin L Martin | Justin.l.martin@ssa.gov, OGC.Seattle.ECF@ssa.gov |
| Janice E Hebert | Janice.Herbert@usdoj.gov, trudylee.fleming@usdoj.gov, Jan.Sands@usdoj.gov, laura.franzen@usdoj.gov |

_____
George J. Wall, OSB No. 934515
Attorney for Plaintiff, Jason Andersen

Page 4 – PETITION FOR EAJA FEES